## Sapp Unemployment Compensation Case.

Argued April 13, 1966. *Elizabeth Sue Sapp,* claimant,

appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.